UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW JOSEPH METCALF,

                Plaintiff,

v.

STEPHEN SINCLAIR, *et al.*,

                Defendants.

No. 2:20-cv-01876-RAJ-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)     The Court **adopts** the Report and Recommendation.

(2)     Defendants' Motion for Summary Judgment (Dkt. 39) is **granted**, with the result that summary judgment is **granted** to Defendants on Plaintiff's federal claims and Plaintiff's state-law claim is **dismissed without prejudice**.

(3)     The Clerk is directed to **close** this case and **send** copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. J. Richard Creatura.

**DATED** this 31st day of October, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1